GROUND SIX   : Color of Law Violation of nmy Fourth Amendment
              due to the illegal search and seizure.

Under violation §32- The Search warrant against me was not issued until December 12, 2001, day after I was arrested and imprisoned. The Government Agents had not search warrant to search a truck I was driving and the 250 pills they confiscated on me were pills that I just got from the pharmacist through my legal medical prescription. In violation of Section §4 Agents and Police orchestrated the whole sting operation from the start of the operation, and continued to build up an illegal case against me with series of controlled buys (Knowing that pills were) of my own prescription pills by undercover "Tina". Also, in violation of my fourth Amendment §255 The federal governemnt used an unjust power to imprison me and take away my liberty which they are suppose to protect . And because the Government conduct in violation of my Fourth Amendment under the sections mentioned above I have been injured despite my Civil Liberty Rights. See Bivens v. Six unknown Federal Narcotics Agents, 403 US. 388, 29 L.Ed.2d. 619, 91 S.Ct. (1999), See, Bell v. Hood, 327 US. 678, 90 Led. 939, 66 S.Ct. 773, 13 ALR 2d. 383 (1946), See, 28 U.S.C. § 1442(A), Willinghaw v. Morgan 395 US. 402, 23 Led. 2d. 396, 89 S.Ct. 1813 (1969), Cf Amos v. United States, 255 US. 313, 317, 65 L.Ed. 654, 656, 41 S.Ct. 266 (1921); United States v. Classic, 313 US. 299, 326, 85 L.Ed. 1368, 1383, 61 S.Ct. 1031 (1941).

Therefore, according to the facts mention above, this court in interest of justice and to protect my liberty interest should order a promt hearing or order my inmediate release.

GROUND VII:  Prosecutorial misconduct -- prosecutors fraudently
   SEVEN:     withheld exculpatory evidence from the Court and
              most probably from the Grand Jury, in order to sup-
              port and obtain an illegal and/or frivolous criminal
              charge against me. And, in furtherance of their con-
              spiracy, the government concealed facts from the
              Court, including, but not limited to, my Attorney
              Sahardy's conflict of interest and the manipulation
              of fact-finding evidence, in order to justify and
              use harsher statutory penalty provisions and in order
              to use the wrong statutorial United States Code, etc.,
              etc., etc.

At the time of my arrest, 250 pills were confiscated from the truck I was driving. Without receiving my Miranda Rights, I, Norman Smith, was questioned about the said pills mentioned above. I told authorities that the pills were for my own use and that I obtained them through legal medical prescriptions. Also, undercover officer Tina knew that the pills had come from legal medical prescriptions because undercover officer Tina consumed some of the pills in my presence to relieve a pain that she said she had. Further, within the investigation, arrest and laboratory reports, the quantity of pills involved in the charges can hardly reach the amount of 350 pills.

The prosecution knew about the conflict of interest with Attorney Sahardy while he was representing me. Furthermore, Sahardy's brother was facing drug charges. This news was published in major newspaper while I was incarcerated and unable to know what was going on in the free world. It is most likely that Sahardy while representing me, he and his brother were working for the Government

Even more, having formal knowledge of the law to prosecute, the prosecution knew that legal prescription drugs have their own statutory provisions and codes, specifically designed by Congress

GROUND VIII  :  I am actually innocent of all charges under reasons
    EIGHT:      of temporary insanity because the elements of intent
                and knowledge cannot legally stand.

During the orchestrated police-direct buys, I, Norman Smith, was under the heavy influence of Oxicodone and Hydrocodone, medicines that were made available to me through my doctor's (legal) medical prescriptions. A psychiatric evaluation can corroborate this evidence by showing that I was not in my right state of mind. Therefore, due to the temporary insanity I had no control of my acts.

GROUND  NINE :  My plea was involuntarily obtained due to the severe
                effects of my withdrawal from the heavy medications
                of Oxicodone and Hydrocodone.

Oxicodone and Hydrocodone are doctor-prescribed narcotic analgesics which act in the central nervous system (CNS) to releive pain, among other things. Thus, some of their side effects are also caused by actions in the CNS. "If a narcotic us used for a long time, it may become habit-forming (causing mental or physical dependence). Physical dependence may lead to withdrawal side effects when you stop taking the medicine." See Consumer Reports Books: The Complete Drug Reference, by United States Pharmacopeia (USP), 1992 Edition, pg. 877.

Thus, when I took my plea, I was suffering from the withdrawal symptoms of Oxicodone and Hydrocodone (two powerful and strong doctor-prescribed narcotics) and I was not in my right state of mind. Hence, I did not knowingly and willfully sign the guilty plea, and my plea was involuntarily made.

GROUND TEN : My guilty pleas was illegally obtained due to the fact that the proceedings to establish prior conviction as set out in Title 21 U.S.C. § 851, which is used for enhancement purposes, were not proferred by the government or the Court before I entered my guilty plea. Thus, my guilty plea was not voluntarily made; it is in violation of my procedural due process rights; and my substantial rights have been prejudiced.

As the Court is well aware, Title 21 U.S.C. § 851(a)(1), proceedings to establish prior convictions, states that:

> "No person who stands convicted of an offense under this part shall be sentenced to increased punishment by reason of one or more prior convictions, unless before trial, or before entry of a plea of guilty, the United States attorney files an information with the court (and serves a copy of such information on the person or counsel for the person) stating in writing the previous convictions to be relied upon. Upon a showing by the United States attorney that facts regarding prior convictions could not with due diligence be obtained prior to trial or before entry of a guilty plea, the court may postpone the trial or the taking of the plea of guilty for a reasonable period for purposes of obtaining such facts. Clerical mistakes in the information may be amended at any time prior to the pronouncement of sentence."

In the instant case, none of the above was done. The United States attorney did not file an information with the Court, nor did the U.S. attorney serve a copy of such information on me or my counsel, stating in writing the previous convictions to be relied upon. Furthermore, the Court did not postpone the taking of my guilty plea for any period of time for purposes of obtaining necessary facts regarding prior convictions which were used to enhance my sentence.

In light of the above, my subatantial due process rights were violated and I was prejudiced because I received a much harsher sentence than I would have received if said prior convictions were not used to enhance my sentence.

## CONCLUSION

In conclusion, the herein Petitioner request that the Court hold a prompt evidentiary hearing and grant my immediate release, in light of the discretionary prong of <u>Olano</u> (... to the fairness, integrity, and public reputation of judicial proceedings), and because my sentence and conviction was illegally obtained.

Respectfully submitted,

Date: 21 OCT 04

13. If any of the grounds listed in 12A, B, C, and D were not presented previously, state reason briefly what grounds were not so presented and give reason for not presenting them:

All above grounds stated in 12A, b, c, and D. Reason is because my lawyer did not present them even when I had ask him to. He had a conflict of interest, he was working on his own case for felony inditement in the state which was very serious. He failed to represent me to any extent of the law.

14. Do you have any petition or appeal now pending in any court as to the judgement under attack?

Yes [ ]    No [ X ]

15. Give the name and address, if known, of each attoney who represented you in the following stages of the judgement attacked herein:

(a) At the preliminary: PAUL SAHARDY
399 North Main St.
Fall River, Mass. 02720
(508)674-9444

(b) At arraignment and plea: SAME AS ABOVE

(c) At Trial: SAME AS ABOVE

(d) At Sentencing: SAME AS ABOVE

(e) On Appeal: NOT APPLICABLE

[32a]    MOTION UNDER 28 USC §2255

(f) In any post-conviction: NOT APPLICABLE

(g) On appeal from any adverse ruling in a post-conviction proceeding: NOT APPLICABLE

16. Were you sentenced on more than one count of an indictment, or on more than one inditement, in the same court and at approximately the same time?
Yes [X]   No [ ]

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgement under attack?
Yes [ ]   No [X]

(a) If so, give name and location of court which imposed sentence to be served in the future: NOT APPLICABLE

(b) Give date and length of the above sentence: NA

(c) Have you filed, or do you contemplate filing, any petition attacking the judgement which imposed the sentence to be served?
Yes [ ]   No [ ]

I declare under penalty of perjury that the foregoing is true and correct, Executed on:

19 OCT 04
(Date)

_____
Signature of Movant

-33-
MOTION UNDER 28 U.S.C. §2255

NORMAN L. SMITH #0:01-CR02-10010JLT  |  DECLARATION IN SUPPORT
(Petitioner)  |  OF REQUEST
UNITED STATES OF AMERICA  |  TO PROCEED
(Respondent[s])  |  IN FORMA PAUPERIS

I, __NORMAN L. SMITH__, declare that I am the movant in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs or give security therefor, I state that because of my poverty, I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to relief.

1. Are you presently employed?   Yes __X__   No _____

   a. If the answer is yes, state the amount of your salary or wages per month, and give the name and address of your employer.

   __Just Started Unicor at Ft Dixs, NJ FCI__

   b. If the answer is no, state the date of last employment and the amount of the salary and wages per month which you received.

   __$51.00 for month of Aug 04__

2. Have you received, within the past twelve months, any money from any of the following sources?

   a. Business, profession or form of self-employment?  Yes ___ No _X_
   b. Rent payments, interest or dividends?  Yes ___ No _X_
   c. Pensions, annuities or life insurance payments?  Yes ___ No _X_
   d. Gifts or inheritances?  Yes ___ No _X_
   e. Any other sources?  Yes _X_ No ___

   If the answer to any of the above is yes, describe each source of money and state the amount received from each during the past twelve months.

   __Working Facilities and from my sister__

3. Do you own any cash, or do you have money in a checking or savings account?  Yes _X_ No ___ (Include any funds in prison accounts)

   If the answer is yes, state the total value of the items owned.
   __$5.15__

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?  Yes ___ No _X_

   If the answer is yes, describe the property and state its approximate value. _____

Civ. - 67 (01/83)

-30-
MOTION UNDER 28 U.S.C. §2255

.ist the persons who are dependent upon you for support, state your relationship to those persons, and ıdicate how much you contribute toward their support. _____ NONE _____

_____

I declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.
xecuted on ___OCT 17, 2004___
             (Date)

_____
           Signature of Movant


## CERTIFICATE

                                                        $ 5.76
I hereby certify that the Petitioner herein has the sum of $_____ on account to his credit at
the __TCı Fazı Dıx__ institution where he is confined. I further certify that Petitioner
likewise has the following securities to his credit according to the records of said _____
institution: _____

_____

_____

_____
      Authorized Officer of Institution

      Accountant
_____
           Title of Officer


-31-

Civ. - 67 (01/83)                     MOTION UNDER 28 U.S.C. §2255

# $ Inmate Account Inquiry

Inmate Register Number: 24046038

Inmate Name: SMITH, NORMAN L

Facility: Fort Dix FCI

Housing Unit: UNIT 5

Living Quarters: P03-315U

## Commissary History | Commissary Restrictions | Comments
## Transaction History | General Information

### Account Balances

| | |
|---|---|
| Account Balance: | $5.76 |
| Pre-Release Acct. Balance: | $0.00 |
| Debt Encumbrance: | $0.00 |
| SPO Encumbrance: | $0.00 |
| Other Encumbrances: | $0.00 |
| Outstanding Negotiable Instruments: | $0.00 |
| Administrative Hold Balance: | $0.00 |
| Available Balance: | $5.76 |

| | |
|---|---|
| National 6 Months Deposits: | $209.19 |
| National 6 Months Withdrawals: | $243.10 |
| National 6 Months Avg Daily Balance: | $40.56 |
| Local Max. Balance - Prev. 30 Days: | $34.56 |
| Average Balance - Prev. 30 Days: | $12.30 |

| FRP Plan Type | Expected Amount | Expected Rate |
|---|---|---|
| Quarterly | $25.00 | N.A. |

Close

Attachment 1    To page 31

BP-S757.013   INMATE REQUEST FOR CERTIFICATION OR JUDICIAL NOTICE OF
AUG 02        PRESENTENCE REPORT AND/OR STATEMENT OF REASONS   CDFRM
U.S. DEPARTMENT OF JUSTICE                          FEDERAL BUREAU OF PRISONS

TO THE CLERK OF COURT: This form is filed as an ATTACHMENT to my pleading in the following current cause of action or appeal (indicate current case caption, docket no., judicial district, etc.):



My current cause of action or appeal is (check all that apply):

____  A direct appeal of my original criminal conviction or sentence (filed with the U.S. Court of Appeals);

__X__ An original petition for writ of habeas corpus pursuant to title 28 USC §2255, or appeal of its denial, regarding my criminal conviction or sentence (filed with sentencing court or U.S. Court of Appeals); or

____  Other, e.g., §2241 habeas petition; Privacy Act of 1974 (5 USC §552a), etc. (describe):

As part of my current cause of action or appeal, I request the court consider my Pre-Sentence Report (PSR) and Judgement (including Statement of Reasons (SOR)), where necessary, from my **underlying criminal case**, described as follows (indicate underlying criminal case caption, docket no., judicial district, sentencing judge and date, etc.):



This form is for informational and notification purposes, and is not intended to create a new procedural requirement for inmates, courts, or clerks.

Respectfully submitted:

| Inmate Signature | Inmate Printed Name |
|---|---|
| [signature] | NORMAN L. SMITH |

| Reg. No. | Date Signed | Institution Address |
|---|---|---|
| 240-46-038 | October 12, 2004 | FCI, FT DIXS PO BX 7000 Fort Dixs, NJ 08640 |

**DIRECTIONS TO INMATE:** The Bureau of Prisons prohibits inmates from possessing copies of their Presentence Reports (PSR) or Statement of Reasons (SOR) from criminal judgements. This form is for you to **ATTACH** to any court action where, as part of your cause of action or appeal, you request the court to consider your PSR or SOR. Complete this form as indicated, and submit it as an **ATTACHMENT** to your pleading to the court considering your current cause of action or appeal. This form is not a pleading, but an **ATTACHMENT** requesting the court obtain and consider your PSR and/or SOR when needed. You only need this form when your cause of action involves the PSR or SOR. Be sure to indicate in your pleading the specific part(s) of the PSR or SOR you believe relevant to your case.

(This form may be replicated via WP)

```
            IN THE UNITED STATES DISTRICT COURT
     FOR THE                  DISTRICT OF
```

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>)<br>vs.                          )<br>)<br>)<br>) | CRIMINAL NUMBER: |

---

## PRO SE CERTIFICATE OF SERVICE

I, _Norman Smith_, Petitioner herein, do hereby certify that an original and two copies of the foregoing filing has been furnished upon the Office of Clerk for the United States District of                  :

            OFFICE OF THE CLERK
         U.S. DEPARTMENT OF JUSTICE
         UNITED STATES DISTRICT COURT
                DISTRICT OF


     And a true and correct copy has been furnished upon the Office of the United States Attorney for the _the_ District of _Massachusetts_ :

            ASSISTANT UNITED STATES ATTORNEY
                UNITED STATES ATTORNEY
                DEPARTMENT OF JUSTICE
                    DISTRICT OF


     I declare under penalty of perjury that the foregoing is true and correct. Executed on this day _21_ of _October_, _2004_