IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MAGISTRATE JUDGE

UNITED STATES OF AMERICA

v.                    CASE NO. 0:01-CR02-10010JLT.

NORMAN LEROY SMITH

04 1224 6 JLT

MOTION FOR APPOINTMENT OF COUNSEL
TO PERFECT MOTION TO VACATE, SET ASIDE OR
CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY

With all due respect, Petitioner Norman Smith, acting pro-se, hereby request to this honorable Court a court appointted Attorney to perfect his motion under § 2255. Indigenant Petitioner has no economic resources to paid for a retained attorney, and due to his lack of legal training, knowledge of Rules Of Criminal Procedure and facts of law. Petitioner pray that this Court will granted a Counsel free of conflict of interest to protect his liberty interest, the interest of justice, and the integrity of this Court. Petitioner believe that he has been imprisoned illegally in violation of his Substantial Rights guaranty by the Constitution and should be inmediately released.

please construed this motion liberally under the standards of Haines v. Kerner, 404 US. 519, 30 L.Ed2d. 652, 92 S.Ct, 594.

Sincerely Yours

Norman Leroy Smith
# 24046-038
F.C.I Fort Dix West
P.O.BOX 7000
Fort Dix, NJ. 08640