UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>Plaintiff )<br>v. )<br>)<br>)<br>NORMAN LEROY SMITH )<br>Defendant )<br>_____) | Civil No. 02-10010 |

**MOTION OF ATTORNEY VICTORIA M. BONILLA
TO WITHDRAW AS COUNSEL**

The undersigned attorney was appointed pursuant to the CJA. After a review of the defendant's motion for appointment of counsel to perfect motion to vacate, set aside or correct sentence by a person in federal custody, and performing a conflicts check with her office she believes there to be a potential conflict. This office has represented Mr. Smith's co-defendant in the underlying case which he now seeks to set aside.

Counsel moves this Honorable Court to relieve her appointment and to appoint other counsel for Mr. Smith. Said withdrawal is in the interest of justice.

Date:   2/25/05                        Respectfully submitted,


                                       /S/ *Victoria M. Bonilla*

                                       Victoria Bonilla-Argudo  BBO #558750
                                       77 Central St., 2nd Floor
                                       Boston, MA 02109
                                       (617)350-6868

                                       Attorney for Defendant