UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.  )<br>)<br>NORMAN L. SMITH, a/k/a  )<br>Norman Dock,  )<br>Defendant  ) | CRIMINAL NO. 02-10010-JLT |

## MOTION TO WITHDRAW APPEARANCE

NOW COMES Edward P. Ryan Jr. and respectfully requests this Honorable Court for leave to withdraw as counsel for the Defendant in the above-captioned matter.

As grounds for the motion, the undersigned has no experience in handling matters arising under 28USC2255 and is of the view that more experienced counsel would better serve the interest of the Defendant and Justice.

Respectfully submitted,

Dated: March 31, 2005

/s/ Edward P. Ryan, Jr.
Edward P. Ryan Jr., Esq.
O'Connor and Ryan, P.C.
61 Academy Street
Fitchburg, MA  01420
(978) 345-4166
BBO # 434960

## CERTIFICATE OF SERVICE

I, Edward P. Ryan Jr., hereby certify that exact copies of the foregoing Motion to Withdraw Appearance has been served upon the United States District Court, by forwarding same to Sandra S. Bower, AUSA, United States Attorney's Office, John Joseph Moakley Federal Courthouse, One Court House Way, Suite 9200, Boston, MA 02210 and by forwarding same to Norman L. Smith, Essex County Correctional Facility, P.O. Box 807, Middleton, MA 01949-2807 by regular mail, postage prepaid on this 31st day of March, 2005.

Dated: March 31, 2005                    /s/Edward P. Ryan, Jr.
                                         Edward P. Ryan, Jr.