IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Norman Smith
    Petitioner

    v.

United States Of America
    Respondent

Case No.:
    0:01-cr02-10010 JLT.
    04-cv-12246-JLT.

To Honorable Joseph L. Tauro

Dear Judge:

    Respectfully, I am writting to you this letter-motion in order for you to protect my liberty interest, and the integrity of the proceeding concenning my § 2255 habeas; mailed on or about October 22, 2004, and filed by the clerk's office on October 29, 2004, at P. 12:44. Please see Exhibit "1-A": Return receipt; and "1-B": Clerk's Office filing-stampped.

    Under the penalty of perjury, I Norman L. Smith, state the following facts:

    1).- My name is Norman Smith, I am a United States Citizen, Id. Federal Registration No.: 24046-038, and I am presently incarcerated at Fort Dix West Federal Correctional Institution.

    2).- On October 29, 2004, my motion under 28 U.S.C. § 2255, was filed by the Clerk's Office in the District Court of the District of Massachusetts.

    3).- Since October 29, 2004, I have been waiting for this

honorable court to answer my pleadings, in which within my claims, I requested to the courts for a court appointed attorney to perfect my motion and to rebut the government's responce.

4).- On May 5, 2005, at around 4:15 pm, for the first time since the filing of my original § 2255 on or about October 29, 2004, I received a copy of a motion from the government requesting your honor " to dismiss petitioner's motion pursuant to U.S.C. § 2255". Please see Exhibit "2", copy of the Motion to Dismiss mentioned Above, Civil Action No.: 05-cv-10792, dated April 29, 2005.

5).- After reading the United States motion to dismiss petitioner's motion pursuuant to 28 U.S.C. § 2255, for the first time I surprisingly became aware that:

A).- Without my knowledge, a second motion under § 2255 was filed on April 22, 2005.

B).- That my original motion under § 2255 filed on October 29, 2004, was referred to Magistrate Judge Alexander, who also granted my motion requesting a court appointed counsel to perfect my § 2255. Furthermore, also without my knowledge the said court appointed attorney supposedly given to me by Magistrate Judge Alexander, was shortly thereafter allowed to withdraw from my case.

Wherefore, for the foregoing reasons mentioned above, I Norman Smith request this honorable court an immediate investigation to protect my liberty interest and the integrity of

[ 2 ]

my § 2255 proceedings by f        following:

    a).- How come I was n       ed by the Clerk of the Court that the Court had referre       to Magistrate Judge Alexander, granting me the appointmen  of   nsel?

    b).- How come I was n   n    d by the Clerk of the Court about withdrawal of the su       Court Appointed Attoney granted by Magistrate-Judge Al  and    to represent me?

    c).--How come I was n       ed by the Clerk of the Court about the Court Order made         25, 2005, directing the government to respond to t   Mc     allegedly filed on April 22, 2005, No.: 05-cv-10792, wh         absolutely nothing about?

    d).- How come my § 22          that was filed on October 29, 2004, has not been acknowledged prior to the Court's Order supposedly filed by someone o        me on April 22, 2005; which also expeditiously took on       days to be ruled on by the Court on April 25, 2005?         it "2" United States Motion to Dismiss;, Also see Exhibit      ter to the Court's Clerk filed on October 22, 2004.

    Your Honor, please be         hat within my Claims I raised a Claim of Prosecutoral Mis         which it seems to me that somehow it is also interfering          tantially affecting the due process of law in my case.

    In summary, the court        inform me that my case was referred to a Magistrate-Judg         ourt did not inform me

that an attorney had been appointed to assist me; and the supposedly appointed attorney did not contact me at any time. And just considering only those three reasons, it is correct to say that I was excluded from participating in my own due process. Furthermore, it is against the Sixth Amendment's rights to the effective assistance of counsel to proceed and file a motion on my behalf without even letting me know that he had been appointed to represent me, and without sending me a copy of the motion he had filed with the court. Counsel treat me as if I was dead. According to Strickland v. Washington, 466 U.S. 668, 104 S.Ct. 2052, 80 L.Ed. 2d 657, (1984), " Counsel must keep the defendant informed at all stages of the proceedings." This counsel did not comply with the Strickland standard.

Please notify me of your findings on your investigation. I also, with all due respect, request a court appointed attorney, free of "conflict of interest", to be assigned to help me to rebattle the government's response to my imperfected § 2255, filed on October 29, 2004. Also, the attorney is needed to request to the court for copies of Plea Colloquy, first indictment dated December 11, 2001, Plea Agreement; sentencing transcripts, and a copy of my PSR, so I can be able to rebattle the government on the material arguments in my § 2255. I also humbly request to this honorable court to please order to the court's clerk to send me a copy of my Docket Sheet No., including

all the activities that has transpired from the filing of my original § 2255 since OCtober 29, 2004; upto today's date.

Please your prompt respond will be greatly appreciated.

SIncerely yours

*Norman L. Smith*

Norman L. Smith
# 24046-038.

CERTIFICATE OF SERVICE

    This is to certify that I have this day served upon person listed below a copy of the foregoing document by depositing in the United States mail a copy of same in an envelope bearing sufficient postage for delivery:

        Sandra S. Bower
        United States Attorney's Office
        District of Massachusetts,
        Suite 9200, 1 Courthouse Way
        Boston, Ma. 02210

                              NORMAN L. SMITH
                              24046-038
                              FT DIX WEST COMPOUND
                              P.O. BX 7000
                              FORT DIXS, N.J. 08640

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

Article Addressed to:

CLERK OF COURTS FEDERAL
1ST DISTRICT COURT OF BOSTON
COURTHOUSE ~~PLACE~~ WAY
BOSTON MASS 02122

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  M. Pains              ☐ Agent
                         ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
                                10/15

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

Article Number
(Transfer from service label)   7000 1670 0008 065_ _087

Form 3811, August 2001        Domestic Return Receipt        102595-02-M-1540

Exhibit "1-A"

Exhibit " 1-A "

FILED
IN CLERKS OFFICE

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS  2003 OCT 29 P 12:44

UNITED STATES OF AMERICA

U.S. DISTRICT COURT
DISTRICT OF MASS.

v.                                    CASE NO. 0:01-CR02-10010JLT.

NORMAN LEROY SMITH

MOTION FOR APPOINTMENT OF COUNSEL
TO PERFECT MOTION TO VACATE, SET ASIDE OR
CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY

With all due respect, Petitioner Norman Smith, acting pro-se, hereby request to this honorable Court a court appointted Attorney to perfect his motion under § 2255. Indigenant Petitioner has no economic resources to paid for a retained attorney, and due to his lack of legal training, knowledge of Rules Of Criminal Procedure and facts of law. Petitioner pray that this Court will granted a Counsel free of conflict of interest to protect his liberty interest, and the interest of justice, and the integrity of this Court. Petitioner believe that he has been imprisoned illegally in violation of his Substantial Rights guaranty by the Constitution and should be inmediately released.

please construed this motion liberally under the standards of Haines v. Kerner, 404 US, 519, 30 L.Ed2d. 652, 92 S.Ct. 594.

Exhibit "1B"

Sincerely Yours

Norman Leroy Smith
# 24046-038
F.C.I Fort Dix West
P.O.BOX 7000
Fort Dix, NJ. 08640

Exhibit

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS



| | |
|---|---|
| UNITED STATES OF AMERICA<br>    Respondent<br>v.<br><br>NORMAN L. SMITH<br>    Petitioner | CIVIL ACTION<br>No. 05-cv-10792 |

**UNITED STATES' MOTION TO DISMISS PETITIONER'S MOTION PURSUANT TO 28 U.S.C. §2225**

Pursuant to the Court's April 25, 2005, Order, the United States respectfully requests the Court to dismiss the petitioner's motion in case number 05-cv-10792 and states the following in support of its position:

1) This motion was filed and docketed on April 22, 2005. The claims asserted are identical to the claims advanced by petitioner in a §2255 motion he filed on October 10, 2004, (04-cv-12246-JLT.)[1]

2) The petition in 04-cv-12246-JLT was referred to Magistrate Judge Alexander for appointment of counsel for Mr. Smith. Counsel was appointed, but shortly thereafter was allowed to withdraw. The Court has not directed the government to respond to the 2004 petition.[2]

---

[1] However, the 2005 filing contains only the same first 19 pages as the 2004 filing and ends abruptly in mid-sentence on the last page.

[2] If the Court's April 25, 2005, Order should have been understood as directing the government to respond to this petition

Exhibit "2"



PG. 1

3) The 2005 filing    second, or successive motion, prohibited under Rule 9 o    Rules Governing Section 2255 proceedings for the Unit    tates District Courts absent authorization by the court    eals for the district court to consider such motion.

WHEREFORE, for the f    g reasons, the United States respectfully requests the C    dismiss the motion in Case No. 05-cv-10792-JLT.

        Respectfully submitted,

        MICHAEL J. SULLIVAN
        United States Attorney

        *Sandra S. Bower*
        SANDRA S. BOWER
        Assistant U.S. Attorney
        U. S. Attorney's Office
        John Joseph Moakley
        United States Courthouse
        1 Courthouse Way, Suite 9200
        Boston, MA  02210
        (617) 748-3184

---

as well, the government re    lly requests an enlargement of time to June 28, 2005, wit    ch to respond.  The additional time is necessary in ord    obtain the necessary plea and sentencing transcripts and     rly address the 10 claims raised by Mr. Smith in his petiti

**PG. 2**

Exhibit " 2 "

CERTIF OF SERVICE

This is to certify that this day served upon the person listed below a copy of the f g document by depositing in the United States mail a copy of n an envelope bearing sufficient postage for delivery:

    Norman L. Sm
    24046038
    PO Box 7000
    Fort Dix, NJ

This **29th** day of April

                         *andra S. Bower*
                         RA S. BOWER
                         STANT UNITED STATES ATTORNEY

Exhibit " 2 "

Pg 3

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
BOSTON DIVISION

CLERK OF THE COURT:

Dear Court Clerk, on October      2004, I mailed my Motion under 2255, so it could be filed on time. And, due to my inexperience in Legal Matters I send you only one copy. Therefore, I am sending you two more copies, so please be kind and send one of these copies back with the filing seal on it, to keep it for my records. Also, inform me of any decision from the court concerning my request for a designation of court appointed attorney so he can present my 2255 properly corrected. Please, send me a copy of this letter with the copy of my 2255 that you will send me back.

*[signature]*

NORMAN L. SMITH
#24046-038
FCI, FT dixs
P.O. BX 7000
Fort Dixs, N.J. 08640

OCTOBER 22, 2004

Exhibit 3

Exhibit " 3 "