UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
|     **Respondent** | ) | CIVIL ACTION |
|     v. | ) | No. 04-cv-12246-JLT |
| | ) | |
| | ) | |
| **NORMAN L. SMITH** | ) | |
|     **Petitioner** | ) | |

### UNITED STATES' MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO PETITIONER'S MOTION PURSUANT TO 28 U.S.C.§2225

The United States seeks an enlargement of time, up to and including August 12, 2005, to respond to the petition, if directed to do so by the Court in this matter, and states the following in support of this position:

1) The petitioner filed this motion on October 10, 2004. He filed a virtually identical motion on April 22, 2005, (05-cv-10792-JLT), which has been dismissed on motion of the government.

2) The petition in the instant matter was referred to Magistrate Judge Alexander for appointment of counsel for Mr. Smith. Counsel was appointed, but shortly thereafter was allowed to withdraw, and new counsel was appointed. The Court has not directed the government to respond to the 2004 petition[1].

---

[1] In an April 25, 2005, Order, the Court directed the government to respond to the 2005 petition, which as noted above, was dismissed by the Court on May 23, 2005. In the government's motion seeking dismissal, it stated that if the Court's April 25, 2005, Order should have been understood as directing the government to respond to this petition as well, the government respectfully

3) The undersigned promptly requested the plea and sentencing hearing transcripts in this matter but due to the press of other work for the court reporter, the transcripts were not delivered until June 22, 2005.

4) The defendant has made a number of claims concerning the validity of his conviction, including several allegations of misconduct by both the government and defense counsel.  Additional time is necessary to thoroughly respond to these claims, both factually and legally.

WHEREFORE, for the foregoing reasons, the United States respectfully requests the Court for an enlargement of time, up to and including August 12, 2005, to respond to this petition.

                                        Respectfully submitted,

                                        MICHAEL J. SULLIVAN
                                        United States Attorney

                      By:  /s/ Sandra S. Bower
                          SANDRA S. BOWER
                          Assistant U.S. Attorney
                          U. S. Attorney's Office
                          John Joseph Moakley
                          United States Courthouse
                          1 Courthouse Way, Suite 9200
                          Boston, MA  02210
                          (617) 748-3184

---

requested up to June 28, 2005, within which to respond.