IN THE UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CASE NO.: 01CR02-10010JLT |
| | ) | 04CV-12246-JLT |
| v. | ) | |
| | ) | |
| _____ | ) | DOCUMENTS REQUESTED UNDER |
| | ) | 28 U.S.C. 2255 and 42 U.S.C. |
| | ) | 1983 and The FREEDOM OF |
| | ) | INFORMATION ACT/PRIVACY ACT. |
| NORMAN L. SMITH | ) | 5 USCS §552/§552(a), 57B FRCP. |
| | ) | |

DOCUMENTS REQUESTED PURSUENT TI 28 U.S.C. §2255 and 42 U.S.C. 1983 and THE FREEDOM OF INFORMATION ACT/PRIVACY ACT 5 USCS §552/552(a), and 57B FRCP.

Dear Clerk of Courts; and District Attoney Sandra Bower:

This letter is in reference to the above request send on July 7, 2005. It has come to my attention that I may have forgot to sign the last page, the signature page 6 of 6 when I mailed out certified mail. Here is the last page same as the one sent out but has my signature affexed to it. Please exchange the last page for this last page enclosed with my signature affexed to it. Sorry for the small inconvience.

Respectfully submitted,

Norman L. Smith
#24046-038

JULY 13, 2005

JENCKS V. US., 353 US 657 (1957), and US V. ARBOLEDA, 929 F2d 858, (1st Cir 1991), JENCKS ACT is designed to provide the Defense with access to impeachment material and critical material to analysis of alleged violation, is whether timing of the disclosure of material prevented it's effective use by the defense.

    21) List of any complaints past or present of any complaints launch against any informer/Agent/Agency/Prosecutor or anyone involved with my case. UNDER BRADY ALL EVIDENCE IS EXCULPATORY EVIDENCE IN NATURE.

This information is for personal use only and not for commercial use.

JULY 7, 2005

Respectfully submitted

*(signature)*

Norman L. Smith

# 24046-038

FCI FT DIX
C/O PO BX. 7000/5811
FT DIX,N.J. 08640

CC: HONORABLE JUDGE JOSEPH TORO
    CLERK OF COURTS (1st District Boston, Mass)
    PROSECUTOR SANDRA BOWERS
    ACLU

Clerk Of Courts/Judge Toro: U.S. POSTAL SERVICE CERTIFIED RECEIPT NO.: 7002 2030 0006 8829 7121.

Prosecutor Sandra Bowers Office/US District Attoney: POSTAL SERVICE CERTIFIED RECEIPT NO: 7002 2030 0006 8829 7114.

*****      *****      *****      *****      *****      *****      *****

JENCKS V. US., 353 US 657 (1957), and US V. ARBOLEDA, 929 F2d 858, (1st Cir 1991), JENCKS ACT is designed to provide the Defense with access to impeachment material and critical material to analysis of alleged violation, is whether timing of the disclosure of material prevented it's effective use by the defense.

21) List of any complaints past or present of any complaints launch against any informer/Agent/Agency/Prosecutor or anyone involved with my case. UNDER BRADY ALL EVIDENCE IS EXCULPATORY EVIDENCE IN NATURE.

This information is for personal use only and not for commercial use.

JULY 7, 2005

Respectfully submitted

*[signature]*

Norman L. Smith

\# 24046-038

FCI FT DIX
C/O PO BX. 7000/5811
FT DIX, N.J. 08640

CC: HONORABLE JUDGE JOSEPH TORO
CLERK OF COURTS (1st District Boston, Mass)
PROSECUTOR SANDRA BOWERS
ACLU

Clerk Of Courts/Judge Toro: U.S. POSTAL SERVICE CERTIFIED RECEIPT NO.: 7002 2030 0006 8829 7121.

Prosecutor Sandra Bowers Office/US District Attoney: POSTAL SERVICE CERTIFIED RECEIPT NO: 7002 2030 0006 8829 7114.

*****    *****    *****    *****    *****    *****    *****