UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
|     Respondent | ) | CIVIL ACTION |
|     v. | ) | No. 04-cv-12246-JLT |
| | ) | |
| | ) | |
| **NORMAN L. SMITH** | ) | |
|     Petitioner | ) | |

### UNITED STATES' ASSENTED TO SECOND MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO PETITIONER'S MOTION PURSUANT TO 28 U.S.C.§2225

The United States seeks an enlargement of time, up to and including October 3, 2005, to respond to the petition, and states the following in support of this position:

1) The petitioner filed this motion on October 10, 2004. He filed a virtually identical motion on April 22, 2005, (05-cv-10792-JLT), which has been dismissed on motion of the government.

2) This Court previously granted the government's motion for enlargement of time, up to August 12, 2005, to respond to the petition.

3) On July 25, 2005, this Court appointed George Gormley, Esq., to represent the petitioner. Mr. Gormley advises the government that he is presently reviewing the case and may wish to file a supplement to the petition.

4) The undersigned has obtained the underlying plea and sentencing hearing transcripts in this matter, and has begun preparing the response. However, the undersigned also was in trial

on July 18-19, 2005, and is scheduled to begin another trial on August 8, 2005, and therefore needs additional time to properly respond to the petition.

    5) The undersigned spoke with Mr. Gormley about this request and advises the Court that he assents to the enlargement of time.

    WHEREFORE, for the foregoing reasons, the United States respectfully requests the Court for an enlargement of time, up to and including October 3, 2005, to respond to this petition.

    Respectfully submitted,

    MICHAEL J. SULLIVAN
    United States Attorney

By: /s/ Sandra S. Bower
    SANDRA S. BOWER
    Assistant U.S. Attorney
    U.S. Attorney's Office
    John Joseph Moakley
    United States Courthouse
    1 Courthouse Way, Suite 9200
    Boston, MA  02210
    (617) 748-3184