UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| Respondent | ) | CIVIL ACTION |
| v. | ) | No. 04-cv-12246-JLT |
| | ) | |
| | ) | |
| **NORMAN L. SMITH** | ) | |
| Petitioner | ) | |

### UNITED STATES' ASSENTED TO THIRD MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO PETITIONER'S MOTION PURSUANT TO 28 U.S.C.§2225

The United States seeks an enlargement of time, up to and including December 5, 2005, to respond to the petition, and states the following in support of this position:

1) The petitioner filed this motion on October 10, 2004. He filed a virtually identical motion on April 22, 2005, (05-cv-10792-JLT), which has been dismissed on motion of the government.

2) This Court previously granted the government's two motions for enlargement of time, up to October 3, 2005, to respond to the petition.

3) The government has been in ongoing discussions with petitioner's appointed counsel[1], George Gormley, Esq., in an effort to narrow the issues raised by the petitioner. It is likely that some of the claims now advanced by the petitioner will be withdrawn. The enlargement of time will allow the parties

---

[1] Mr. Gormley was appointed to represent the petitioner on July 25, 2005, after the petition was filed *pro se.*

additional time to refine the issues, and present only those matters which cannot be resolved, to the Court.

4) The undersigned spoke with Mr. Gormley about this request and advises the Court that he assents to the enlargement of time. The enlargement is sought through December 5, 2005, in part because Mr. Gormley and the petitioner are communicating largely by mail.

WHEREFORE, for the foregoing reasons, the United States respectfully requests the Court for an enlargement of time, up to and including December 5, 2005, to respond to the petition.

                                  Respectfully submitted,

                                  MICHAEL J. SULLIVAN
                                United States Attorney

By:  /s/ Sandra S. Bower
     SANDRA S. BOWER
     Assistant U.S. Attorney
     U.S. Attorney's Office
     John Joseph Moakley
     United States Courthouse
     1 Courthouse Way, Suite 9200
     Boston, MA  02210
     (617) 748-3184