UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| Respondent | ) | CIVIL ACTION |
| v. | ) | No. 04-cv-12246-JLT |
| | ) | |
| | ) | |
| **NORMAN L. SMITH** | ) | |
| Petitioner | ) | |

### UNITED STATES' ASSENTED TO FOURTH MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO PETITIONER'S MOTION PURSUANT TO 28 U.S.C.§2255

The United States seeks an enlargement of time, up to and including March 6, 2006, to respond to the petition, and states the following in support of this request:

1) The petitioner filed this motion on October 10, 2004. He filed a virtually identical motion on April 22, 2005, (05-cv-10792-JLT), which has been dismissed on motion of the government. On July 25, 2005, George Gormley, Esq., was appointed to represent Mr. Smith, who had filed his petition *pro se*.

2) This Court has previously granted the government's three motions for enlargement of time, up to December 5, 2005, to respond to the petition.

3) The government has been in ongoing discussions with Mr. Gormley in an effort to narrow the issues raised by the petitioner. It is likely that some of the claims now advanced by the petitioner will be withdrawn.

4) Mr. Gormley is presently in trial in <u>United States v. Green, et al.</u>, Crim. No. 02-10301, before Judge Gertner which is likely to last until early or mid-January. The enlargement of time is necessary both because of Mr. Gormley's trial schedule and because additional time is necessary to allow the parties to attempt to resolve some issues and to present only those matters which cannot be resolved to the Court.

5) The undersigned spoke with Mr. Gormley about this request and advises the Court that he assents to the enlargement of time. The enlargement is sought through March 6, 2006, in part because Mr. Gormley and the petitioner are communicating largely by mail and because of Mr. Gormley's trial in the above matter.

WHEREFORE, for the foregoing reasons, the United States respectfully requests the Court for an enlargement of time, up to and including March 6, 2006, to respond to the petition.

        Respectfully submitted,

        MICHAEL J. SULLIVAN
        United States Attorney

By:  /s/ Sandra S. Bower
     SANDRA S. BOWER
     Assistant U.S. Attorney
     U.S. Attorney's Office
     John Joseph Moakley
     United States Courthouse
     1 Courthouse Way, Suite 9200
     Boston, MA  02210
     (617) 748-3184

Dated: 11/28/05