UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| Respondent | ) | CIVIL ACTION |
| v. | ) | No. 04-cv-12246-JLT |
| | ) | |
| | ) | |
| **NORMAN L. SMITH** | ) | |
| Petitioner | ) | |

**UNITED STATES' ASSENTED TO FIFTH MOTION FOR
ENLARGEMENT OF TIME TO RESPOND TO PETITIONER'S MOTION
PURSUANT TO 28 U.S.C.§2225**

The United States seeks an enlargement of time, up to and including June 5, 2006, to respond to the petition, and states the following in support of this position:

1) This Court has previously granted the government's four motions for enlargement of time up to March 6, 2006,[1] to respond to the petition.

2) The government has been in ongoing discussions with counsel for the petitioner, George Gormley, Esq., in an effort to narrow the issues raised by the petitioner. It is likely that some of the claims now advanced by the petitioner will be withdrawn.

3) The enlargement of time is also necessary because of Mr. Gormley's trial schedule. Mr. Gormley was in trial in <u>United</u>

---

[1] The undersigned apologizes for filing this request for enlargement late. The undersigned was in trial in <u>United States v. Aquilar</u>, Case No. 04-10299-PBS, from February 27, 2006, through March 7, 2006, and also had inadvertently mis-calendared the response date.

States v. Green, et al., Case No. 02-CR-10301, before Judge Gertner from November 14, 2005, through January 11, 2006.  The parties submit that additional time is necessary to attempt to resolve some issues and to present only those matters which cannot be resolved to the Court.  Mr. Gormley advises that he also intends to visit his client at FCI Fort Dix, New Jersey, to discuss the matter with him.

    4) The undersigned spoke with Mr. Gormley about this request and advises the Court that he assents to the enlargement of time. The enlargement is sought through June 5, 2006, in part because Mr. Gormley and the petitioner are communicating largely by mail.

    WHEREFORE, for the foregoing reasons, the United States respectfully requests the Court for an enlargement of time, up to and including June 5, 2006, to respond to the petition.

    Respectfully submitted,

    MICHAEL J. SULLIVAN
    United States Attorney

By:  /s/ Sandra S. Bower
    SANDRA S. BOWER
    Assistant U.S. Attorney
    U.S. Attorney's Office
    John Joseph Moakley
    United States Courthouse
    1 Courthouse Way, Suite 9200
    Boston, MA  02210
    (617) 748-3184

Certificate of Service

I hereby certify that this document, filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on March 10, 2006.

                                            /s/ Sandra S. Bower
                                            SANDRA S. BOWER
                                            Assistant U.S. Attorney