## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **Respondent** ) | |
| ) | |
| v. ) | Civil Action No. 04-CV-12246-JLT |
| ) | |
| **NORMAN L. SMITH,** ) | |
| ) | |
| **Petitioner.** ) | |

## JOINT FIFTH MOTION FOR ADDITIONAL TIME

The parties respectfully request that counsel for petitioner, NORMAN SMITH, be allowed additional time to submit a supplemental petition or memorandum pursuant to 28 U.S.C. § 2255 and for government counsel to be allowed to respond only to this supplemental filing. In support thereof says as follows:

1. Counsel has been corresponding with Mr. Smith in an effort to narrow the issues contained in Mr. Smith's original petition (which was not prepared by counsel) or to other wise resolve the petition.

2. Mr. Smith recently wrote (letter of May 5, 2006) counsel an extensive letter which raised more questions than it resolved.

3. To expedite resolution of the narrowing or elimination of irrelevant facts, erroneous or nonmaterial issues counsel has recently written to the institution requesting that Mr. Smith telephone him (See "A").

4. After consulting with Mr. Smith, counsel for petitioner anticipates filing either a supplemental petition or memorandum which identifies only those issues remaining for the Court's review.

5. Further, the parties request the Court to allow the government to file its response thirty (30) days after counsel for petitioner files his supplemental petition or memorandum identifying the remaining issues.

**WHEREFORE,** the parties request the Court to allow counsel for Mr. Smith until October 5, 2006 to file his supplemental petition or memorandum and to allow the government time to file its response thirty (30) days after petitioner's filing.

Respectfully submitted,

| | |
|---|---|
| **NORMAN SMITH** | **UNITED STATES OF AMERICA** |
| By his attorney, | By Michael J. Sullivan |
| | United States Attorney |
| /s George F. Gormley | |
| _____ | /s Sandra S. Bower |
| George F. Gormley (BBO# 204140) | _____ |
| George F. Gormley, P.C. | By Sandra S. Bower, Esq., AUSA |
| 755 East Broadway, 3rd floor | |
| South Boston, MA 02127 | |
| (617) 268-2999 | |

**Date**: June 2, 2006