# GEORGE F. GORMLEY, P.C.

ATTORNEYS AND COUNSELORS AT LAW

755 EAST BROADWAY, 3RD FLOOR

SOUTH BOSTON, MASSACHUSETTS 02127

(617) 268-2999

GEORGE F. GORMLEY
CHRISTIE M. CHARLES

FAX: (617) 268-2911

OF COUNSEL
FEDELE AND MURRAY, P.C

June 1, 2006

Mr. Walter Biederbeck
FCI – Ft. Dix
P.O. Box 7000
Ft. Dix, N.J. 08640

Re:   **Smith v. United States**
      Crim. No. 04-12246-JLT

Dear Mr. Biederbeck

I represent, by appointment of the Court, Norman L. Smith (#24046-038) an inmate at FCI – Ft. Dix in the case Norman Smith v. The United States (04-12246-JLT) pending, the United States District Court for Massachusetts.

Due to some pressing Court deadlines, I respectfully request you inform inmate Smith that I would like to speak with him via telephone. Subject to your approval, he may call me at the above number.

If this is not possible, please advise me

Thank you

Very truly yours,

George F. Gormley

GFG/an