# EXHIBIT 1

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| _____ | ) |
| **NORMAN L. SMITH,** | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Civ. No. 04-cv-12246-JLT |
| | ) (Crim. No. 02-10010-JLT) |
| **UNITED STATES OF AMERICA,** | ) |
| Respondent. | ) |
| _____ | ) |

## ORDER

Upon consideration of the Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or

Correct Sentence by a Person in Federal Custody (the "§ 2255 Motion") filed by *Pro Se*

Petitioner Norman L. Smith ("Smith") in the above-captioned action, and the United States of

America's response thereto, it is hereby ORDERED and DIRECTED as follows:

(1)     The petitioner, Norman L. Smith must file a supplement to his § 2255 Motion,
which includes:  (a) confirmation he has waived his attorney-client privilege with
respect to the factual issues raised by his claims of ineffective assistance of
counsel, and (b) a full and complete statement of his version of every significant
conversation or communication he had with his trial counsel, Paul M. Sahady,
Esq., pertaining to the claims of ineffectiveness made in his motion, together with
any documents he may have which bear on this issue;

(2)     Within 14 days of receipt of such waiver and supplement, the government is
hereby ORDERED to serve a copy of such waiver and supplement, along with a
copy of the petitioner's § 2255 Motion and supporting memorandum, upon
Attorney Paul M. Sahady; and

(3)     Within 30 days of receipt from the government of a copy of such waiver and
supplement, Attorney Paul M. Sahady is hereby ORDERED to file an affidavit
under oath responding to petitioner Smith's allegations and setting forth pertinent
details concerning conversations, correspondence, and/or relevant documentation

exchanged with Smith either during or after his guilty plea and sentencing hearings pertaining to Smith's claims of ineffective assistance of counsel.


SO ORDERED:


_____
JOYCE LONDON ALEXANDER
United States Magistrate Judge
District of Massachusetts

DATED:  _____