UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** ) | | |
| ) | | |
| **Respondent** ) | | |
| ) | | |
| v. ) | **Civil Action No. 04-CV-12246-JLT** | |
| ) | | |
| **NORMAN L. SMITH,** ) | | |
| ) | | |
| **Petitioner.** ) | | |

## MOTION TO CONTINUE HEARING
(*ASSENTED TO*)

Now come counsel for the parties and request this Court continue the conference scheduled for 2:00 PM, November 8, 2006 to November 27, 2006, November 28, 2006 (noon or after), or November 29, 2006.

Respectfully submitted,

| | |
|---|---|
| **NORMAN SMITH** | **UNITED STATES OF AMERICA** |
| By his attorney, | By Michael J. Sullivan |
| | United States Attorney |
| /s George F. Gormley | |
| _____ | /s Sandra S. Bower |
| George F. Gormley (BBO# 204140) | _____ |
| George F. Gormley, P.C. | By Sandra S. Bower, Esq., AUSA |
| 755 East Broadway, 3rd floor | |
| South Boston, MA 02127 | |
| (617) 268-2999 | |

**Date:**   November 7, 2006

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on November 7, 2006

/s George F. Gormley

_____

George F. Gormley